UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 17 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 4:17CR00217 RWS/SPM |
| FREDDERICK EASON, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 8, 2017, in the County of St. Louis, within the Eastern District of Missouri,

**FREDDERICK EASON,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute one or more controlled substances, to wit: cocaine base ("crack") and methamphetamine.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about March 8, 2017, in the County of St. Louis, within the Eastern District of Missouri,

**FREDDERICK EASON,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute one or more controlled substances as charged in Count One.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about March 8, 2017, in the County of St. Louis, within the Eastern District of Missouri,

**FREDDERICK EASON,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

CARRIE A. COSTANTIN
Acting United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney